

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

ENTERED
04/17/2015

| | | |
|---|---|---|
| IN RE: | § | |
| BRENDA L. PARKER; aka PARKER; aka PRINCE | § § | CASE NO: 09-35715 |
|     Debtor(s) | § § | |
| | § | CHAPTER 13 |

## ORDER DENYING APPLICATION FOR UNCLAIMED FUNDS

    Tenet Healthcare Corp., operating through Dilks & Knopik, seeks to collect unclaimed funds owed to a Tenet subsidiary. The subsidiary has not sought the funds. The motion alleges no basis on which the funds should be paid to the parent corporation. Accordingly, the motion is denied.

    SIGNED **April 17, 2015.**

                                            Marvin Isgur
                         UNITED STATES BANKRUPTCY JUDGE